# Order

**Supreme Court
Lansing, Michigan**

September 28, 2005

128050

JESSICA STRATTON,
         Plaintiff-Appellant,

v

DIANN KRYWKO, M.D., a/k/a
DIANN M. GREENFIELD, M.D.,
and JAMES WEBER, D.O., CITY OF
FLINT, CITY OF FLINT BOARD OF
HOSPITAL MANAGERS, d/b/a
HURLEY MEDICAL CENTER,
STEPHANIE MOTSCHENBACHER,
MARGARET MURRAY-WRIGHT, R.N.,
WJRT, INC., BILL HARRIS, JASON
CARR, and MARK McGLASHEN,
         Defendants-Appellees.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 128050
COA: 248669
Genesee CC: 01-071909-NZ

_____/

      On order of the Court, the application for leave to appeal the January 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005          _____
                                           Clerk

*l*0919